# IN THE SUPREME COURT OF THE STATE OF NEVADA

A & A TOURISM, INC., A DOMESTIC CORPORATION; AND MOHAMMAD ALAM, AN INDIVIDUAL,
                    Appellants,
            vs.
ANGELES CORNELIO KEELER, AN INDIVIDUAL,
                    Respondent.

No. 77953

FILED

JUL 05 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion for summary judgment. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

On March 25, 2019, this court entered an order adding attorney Robert E. Glennen to the docket in this appeal as counsel for appellants. The order further directed appellants to file and serve the transcript request form and docketing statement within 14 days. On April 15, 2019, respondent filed a motion to dismiss based on appellants' failure to file the transcript request form and docketing statement. *See* NRAP 9(a)(7), NRAP 14(c). To date appellants have not responded to the motion to dismiss, filed the missing documents, or otherwise communicated with this court. Further, the opening brief and appendix, which were due to be filed on June 6, 2019, are now overdue. This court construes appellants' failure to oppose

19-28723

the motion to dismiss as an admission that the motion has merit, *see* NRAP 31(d)(2), and appellants' failure to file any documents in this appeal indicates that appellants have abandoned this appeal. Accordingly, the motion to dismiss is granted, and the court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Adriana Escobar, District Judge
   Esmeralda County District Attorney
   Law Office of Andrew H. Pastwick, LLC
   Eighth District Court Clerk